

# NUMBER 13-22-00025-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE HERMAN LINDLEY TRUST,
HERMAN JAY LINDLEY, AND
HENRY ARTHUR LINDLEY,                                         Appellants,

v.

CCATT LLC,                                                   Appellee.

## On appeal from the 51st District Court
## of Irion County, Texas.

# MEMORANDUM OPINION

## Before Justices Benavides, Hinojosa, and Tijerina
## Memorandum Opinion by Justice Benavides

This matter is before the Court on a joint motion to dismiss due to settlement.[1]  The

parties request the appeal be dismissed, as the parties have executed a final settlement

---

[1] The case is before the Court on a transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

of their dispute. Furthermore, there is no longer a justiciable controversy between the parties to this appeal.

The Court, having considered the joint motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). Therefore, the joint motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the joint motion and agreement of the parties, costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). Because the appeal is dismissed at the parties' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
15th day of December, 2022.